BEFORE THE FIRST DIVISION, MARCH 13, 1963

No. 67506.—Agency Tile Supply Corp. et al. *v.* United States, protests 59/25103, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of opal glass tiles or tiling, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 13, 1963

No. 67507.—American Pecco Corp. *v.* United States, protests 59/18160, 60/16356, and 60/19204 (Boston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

No. 67508.—J. M. Altieri *v.* United States, protest 60/19757 (San Juan).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

No. 67509.—Seedman International Corp. *v.* United States, protests 62/11363 and 62/11366 (Boston).